**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**10-20034**

CASE NO. **CR-JORDAN**  [McALILEY]

26 U.S.C. §7206(1)

UNITED STATES OF AMERICA

vs.

JACK BAROUH,

  Defendant.
_____/

FILED BY _____ D.C.
2010 JAN 25 PM 2:12
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FTL

The United States Attorney charges:

### INFORMATION

On or about October 14, 2008, in the Southern District of Florida and elsewhere, the defendant,

**JACK BAROUH,**

a resident of Golden Beach, Florida, did willfully make and subscribe to United States Individual Income Tax Return, IRS Form 1040 and accompanying schedules, for calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, that he did not believe to be true and correct as to every material matter, in that the tax return included false items, to wit: (1) on Schedule B, Part III, line 7a of

the 2007 tax return, defendant JACK BAROUH failed to report that he had an interest in or a signature or other authority over a financial account(s) at UBS AG in Switzerland; and (2) on Line 22 of the Form 1040 of the 2007 tax return, defendant JACK BAROUH failed to report income earned on his UBS AG Swiss bank accounts.

In violation of Title 26, United States Code, Section 7206(1).

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
KEVIN M. DOWNING
SENIOR TRIAL ATTORNEY

_____
JEFFREY A. NEIMAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY*** 

JACK BAROUH,

_____ **Defendant.** _____/    **Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)        Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   _____
   List language and/or dialect   _____

4. This case will take   __0__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                   (Check only one)

   | I   | 0 to 5 days       | X   | Petty   | ___ |
   | II  | 6 to 10 days      | ___ | Minor   | ___ |
   | III | 11 to 20 days     | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days     | ___ | Felony  | X   |
   | V   | 61 days and over  | ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)   __NO__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.: 544469

*Penalty Sheet(s) attached                                                                REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JACK BAROUH__   No.: _____

**Count #1:**
Fraud and False Statement; in violation of 26:7206(1)
*Max Penalty: 3 years' imprisonment; 1 year supervised release and $250,000 fine

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

AO 455 (Rev. 01/09) Waiver of Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

**10-20034**

United States of America

v.

Case No.  CR-JORDAN

JACK BAROUH
*Defendant*

/ McALILEY/

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After reading his advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*